Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29188−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelvin Lynn Ruth
   17 Cypress Road
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−0030

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Trustee John McDonnell.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐   The corporate debtor is self−represented.

  ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Christine M. Gravelle on,

Date: 5/16/17
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: April 18, 2017
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kelvin Lynn Ruth  
    Debtor

Case No. 16-29188-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 18, 2017  
                           Form ID: 170     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.

```
db          +Kelvin Lynn Ruth,    17 Cypress Road,    Somerset, NJ 08873-2803
516435141   +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
516435142   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516435143  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bankamerica,    Po Box 982238,    El Paso, TX 79998)
516435144  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238)
516435145   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516435147   +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
516435148   +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516435149   +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
516435150   +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
516435152   +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2017 22:15:12    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2017 22:15:08    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516435146   +E-mail/Text: mrdiscen@discover.com Apr 18 2017 22:14:08    Discover Fin Svcs Llc,    Pob 15316,
              Wilmington, DE 19850-5316
516435151   +E-mail/Text: kmorgan@morganlaw.com Apr 18 2017 22:15:57    Morgan, Bornstein & Morgan,
              1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
516435154   +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:18:58    Syncb/oldnavydc,    Po Box 965005,
              Orlando, FL 32896-5005
516435155   +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:19:29    Syncb/pc Richard,
              C/o Po Box 965036,    Orlando, FL 32896-0001
516435156   +E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:18:58    Syncb/tjx Cos Dc,    Po Box 965005,
              Orlando, FL 32896-5005
516436297    E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 22:19:12    Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516435153        Spouse
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust, Mortg dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com  
         Kirsten B. Ennis    on behalf of Debtor Kelvin Lynn Ruth pacerecf@ennislegal.com  
                                                                                                         TOTAL: 3