Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−29188−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelvin Lynn Ruth
   17 Cypress Road
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−0030

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: May 16, 2017
JAN: dmi

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kelvin Lynn Ruth  
    Debtor

Case No. 16-29188-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 16, 2017  
                        Form ID: 148    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.
```
db            +Kelvin Lynn Ruth,    17 Cypress Road,    Somerset, NJ 08873-2803
516435141     +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
516435148     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516435152     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 16 2017 22:33:43      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2017 22:33:39      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516435142     +EDI: AMEREXPR.COM May 16 2017 22:03:00      Amex,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
516435143      EDI: BANKAMER.COM May 16 2017 22:03:00      Bankamerica,    Po Box 982238,    El Paso, TX 79998
516435144      EDI: CAPITALONE.COM May 16 2017 22:03:00      Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238
516435145     +EDI: CHASE.COM May 16 2017 22:03:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516435146     +EDI: DISCOVER.COM May 16 2017 22:03:00      Discover Fin Svcs Llc,    Pob 15316,
               Wilmington, DE 19850-5316
516435147     +EDI: TSYS2.COM May 16 2017 22:03:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
516435149     +EDI: FORD.COM May 16 2017 22:03:00      Frd Motor Cr,    Po Box Box 542000,
               Omaha, NE 68154-8000
516435150     +EDI: PHINAMERI.COM May 16 2017 22:03:00      Gm Financial,    Po Box 181145,
               Arlington, TX 76096-1145
516435151     +E-mail/Text: kmorgan@morganlaw.com May 16 2017 22:34:17      Morgan, Bornstein & Morgan,
               1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
516435154     +EDI: RMSC.COM May 16 2017 22:03:00      Syncb/oldnavydc,    Po Box 965005,
               Orlando, FL 32896-5005
516435155     +EDI: RMSC.COM May 16 2017 22:03:00      Syncb/pc Richard,    C/o Po Box 965036,
               Orlando, FL 32896-0001
516435156     +EDI: RMSC.COM May 16 2017 22:03:00      Syncb/tjx Cos Dc,    Po Box 965005,
               Orlando, FL 32896-5005
516436297      EDI: RMSC.COM May 16 2017 22:03:00      Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516435153        Spouse
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
               York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
               Mortgage Investments II Inc. Bear Stearns ALT-A Trust, Mortg dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Kirsten B. Ennis    on behalf of Debtor Kelvin Lynn Ruth pacerecf@ennislegal.com,
               r53278@notify.bestcase.com
                                                                                               TOTAL: 3
```