| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**McDonnell Crowley, LLC**<br>115 Maple Avenue – Suite 201<br>Red Bank, NJ 07701<br>(732) 383-7233<br>John M. McDonnell, Esq.,<br>  *Chapter 7 Trustee* | Order Filed on May 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>KELVIN LYNN RUTH,<br><br>            Debtor. | Case No. 16-29188 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle |

### ORDER DISMISSING THE DEBTOR'S CHAPTER 7 PETITION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 16, 2017**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Kelvin Lynn Ruth
Case No.: 16-29188 (CMG)
Caption of Order:    Order Dismissing the Debtor's Chapter 7 Petition

**THIS MATTER** having been opened to the Court by John M. McDonnell, Chapter 7 Trustee ("Trustee") for Kelvin Lynn Ruth ("Debtor"), upon Application for the entry of an Order dismissing the Debtor's Chapter 7 Petition; and notice having been provided to the Office of the United States Trustee, all parties included on the Certificate of Service, and to the Debtor; and said notice constituting good and sufficient notice pursuant to the Federal and Local Rules of Bankruptcy Procedure; and the Court having considered oral argument of the Trustee's counsel in support of the Trustee's Motion and opposition thereto, if any; and for other good cause having been shown;

**IT IS ORDERED** that the Debtor's Chapter 7 petition be, and hereby is, dismissed; and it is further

**ORDERED** that a copy of this Order shall be served on all parties included on the Certificate of Service within seven (7) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-29188-CMG
Kelvin Lynn Ruth                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: May 16, 2017
                      Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db             +Kelvin Lynn Ruth,    17 Cypress Road,    Somerset, NJ 08873-2803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon, F/K/A The Bank of New
         York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset
         Mortgage Investments II Inc. Bear Stearns ALT-A Trust, Mortg dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
        Kirsten B. Ennis    on behalf of Debtor Kelvin Lynn Ruth pacerecf@ennislegal.com,
         r53278@notify.bestcase.com
                                                                                                                                                                                                                                                                   TOTAL: 3